# Court of Appeals
# of the State of Georgia

ATLANTA,___June 28, 2013____

*The Court of Appeals hereby passes the following order:*

**A13D0421.  JAMES THOMAS PEEBLES v. THE STATE.**

James Thomas Peebles was convicted of several crimes, including murder.[1] He has filed several pro se motions, including a motion for writ of mandamus.  The trial court denied the motions, and Peebles filed an application for discretionary appeal to this Court.

The Supreme Court has exclusive appellate jurisdiction over all cases involving extraordinary remedies, including mandamus.  See Ga. Const. of 1983, Art. VI, Sec. VI, Par. III (5); *Ladzinske v. Allen*, 280 Ga. 264 (626 SE2d 83) (2006) ("'[C]ases involving the grant or denial of mandamus are within the exclusive jurisdiction of [the Supreme] Court without regard to the underlying subject matter or the legal issues raised.'"). Furthermore, the Supreme Court has appellate jurisdiction over cases involving murder.  See Ga. Const. of 1983, Art. VI, Sec. VI, Par. III (8); *Neal v. State*, 290 Ga. 563, 572 (722 SE2d 765) (2012) (Hunstein, C. J., concurring); see also *State v. Thornton*, 253 Ga. 524 (1) (322 SE2d 711) (1984) (directing this Court to transfer "all cases in which either a sentence of death or of life imprisonment has been imposed upon conviction of murder").  For these reasons, Peebles's application for discretionary appeal is hereby TRANSFERRED to the Supreme Court for disposition.



Court of Appeals of the State of Georgia
    Clerk's Office, Atlanta,_06/28/2013_____
    *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____, *Clerk.*

---

[1] Peebles's conviction was affirmed on appeal.  See *Peebles v. State*, 260 Ga. 430 (396 SE2d 229) (1990).